## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| J&J Sports Production, Inc. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08-CV-1988 |
| ) | |
| John Ortiz, individually and d/b/a ) | Judge Darrah |
| Mike & John, Inc., d/b/a Mike & John's ) | |
| and Mike & John, Inc., d/b/a ) | Magistrate Judge Valdez |
| Mike & John's, ) | |

## NOTICE OF FILING

TO:   Zane D. Smith & Associates, Ltd
        415 N. LaSalle Street – Suite 300
        Chicago, Illinois 60610

PLEASE TAKE NOTICE that on May 2, 2008 I caused to be filed the attached **APPEARANCE FOR JOHN ORTIZ and MIKE & JOHN, INC.,** at Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois.

Respectfully submitted,

s/George E. Becker
George E. Becker
Attorney for
John Ortiz and Mike & John Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that he served a copy of the above Notice of Filing via e-mail to all parties by operation of the Court's CM/ECF filing system or by regular U.S. Mail to anyone unable to accept electronic filing.

s/George E. Becker
George E. Becker

GEORGE E. BECKER
GEORGE E. BECKER, P.C.
33 N. LaSalle Street – Suite 3300
Chicago, Illinois 60602
(312) 236-2803

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 08CV1988
J&J Sports Productions, Inc.
vs.

John Ortiz, indv. and d/b/a Mike & John, Inc., et al.,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
JOHN ORTIZ and MIKE & JOHN INC.

| NAME (Type or print) |
| --- |
| GEORGE E. BECKER |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ GEORGE E. BECKER |

| FIRM |
| --- |
| GEORGE E. BECKER, P.C. |

| STREET ADDRESS |
| --- |
| 33 N. LASALLE STREET - SUITE 3300 |

| CITY/STATE/ZIP |
| --- |
| CHICAGO, ILLINOIS 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6180685 | 312-236-2803 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐