## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| J&J Sports Production, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08-CV-1988 |
| | ) | |
| John Ortiz, individually and d/b/a | ) | Judge Darrah |
| Mike & John, Inc., d/b/a Mike & John's | ) | |
| and Mike & John, Inc., d/b/a | ) | Magistrate Judge Valdez |
| Mike & John's, | ) | |

### NOTICE OF FILING

TO:    Zane D. Smith & Associates, Ltd
        415 N. LaSalle Street – Suite 300
        Chicago, Illinois 60610

PLEASE TAKE NOTICE that on May 2, 2008 I caused to be filed the attached **ANSWER TO COMPLAINT** at Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois.

Respectfully submitted,

s/George E. Becker
George E. Becker
Attorney for
John Ortiz and Mike & John Inc.

### CERTIFICATE OF SERVICE

The undersigned certifies that he served a copy of the above Notice of Filing via e-mail to all parties by operation of the Court's CM/ECF filing system or by regular U.S. Mail to anyone unable to accept electronic filing.

s/George E. Becker
George E. Becker

GEORGE E. BECKER
GEORGE E. BECKER, P.C.
33 N. LaSalle Street – Suite 3300
Chicago, Illinois 60602
(312) 236-2803