MHK

AO 440 (Rev. 05/00) Summons in a Civil Action      2008 MAY 19 PM 3:2*

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

J&J SPORTS PRODUCTIONS, INC.

V.

JOHN ORTIZ, indv. and d/b/a MIKE & JOHN, INC., d/b/a MIKE & JOHN'S and MIKE & JOHN, INC., d/b/a MIKE & JOHN'S

CASE NUMBER: 08CV1988

ASSIGNED JUDGE: JUDGE DARRAH

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE VALDEZ

TO: (Name and address of Defendant)

MIKE & JOHN, INC., d/b/a MIKE & JOHN'S
c/o Ralph P. Sammarco - Registered Agent
100 N. LaSalle Street - Suite 501
Chicago, Illinois 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zane D. Smith & Associates, Ltd.
415 N. LaSalle Street - Suite 300
Chicago, Illinois 60610
(312) 245-0031

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

Michael W. Dobbins, Clerk

*[signature]*

(By) DEPUTY CLERK

April 8, 2008
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## 2008 RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 4/21/08 |
| NAME OF SERVER (PRINT) JOSEPH CONNOLLY | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
MIKE + JOHN, INC. C/O RALPH
P. SAMMARCO 100 N. LASALLE SUITE 501
CHICAGO ILL 60602

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

FILED
5-19-2008
MAY 1 9 2008 YM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/21/08
Signature of Server: Joseph Connolly
METRO SERVICE, INC
4647 W. 103rd St. Oak Lawn IL 60453
Address of Server

"OFFICIAL SEAL"
LISA CONNOLLY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10/30/2010

Lisa Connolly

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.