AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

J&J SPORTS PRODUCTIONS, INC.

V.

JOHN ORTIZ, indv. and d/b/a MIKE & JOHN,
INC., d/b/a MIKE & JOHN'S and MIKE &
JOHN, INC., d/b/a MIKE & JOHN'S

CASE NUMBER:  08CV1988

ASSIGNED JUDGE:  JUDGE DARRAH

DESIGNATED
MAGISTRATE JUDGE:  MAGISTRATE JUDGE VALDEZ

TO: (Name and address of Defendant)

JOHN ORTIZ
2403 Linder
Chicago, Illinois 60639

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zane D. Smith & Associates, Ltd.
415 N. LaSalle Street - Suite 300
Chicago, Illinois 60610
(312) 245-0031

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

April 8, 2008
_____
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

08 CV 1988

| RETURN OF SERVICE | John Ortiz |
|---|---|

| Service of the Summons and complaint was made by me[1] | DATE 4/21/08 |
|---|---|
| NAME OF SERVER (PRINT) Martin McWilliams | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. 2403 N. Linder Chicago, IL 60639
Name of person with whom the summons and complaint were left: Noreena Ortiz (sister)

G  Returned unexecuted: _____

G  Other (specify): _____

**FILED**
5-19-2008
MAY 1 9 2008  YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/21/08
_____
Date

_____
*Signature of Server*

4647 W. 103rd St.  Oak Lawn, IL 60453
_____
*Address of Server*

"OFFICIAL SEAL"
LISA CONNOLLY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10/30/2010

Lisa Connolly

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.